No. 84.   AERO SERVICES, INC. *v.* QUINN, COUNTY ASSESSOR, ET AL.   C. A. 9th Cir.   Certiorari denied.   *Martin Gendel* for petitioner.   *Harold W. Kennedy* for respondents.

No. 85.   HARP, DOING BUSINESS AS O. G. HARP POULTRY & EGG Co., *v.* UNITED STATES.   C. A. 10th Cir.   Certiorari denied.   *Mark Goode* for petitioner.   *Solicitor General Perlman, William S. Tyson* and *Bessie Margolin* for the United States.

No. 86.   BATTEN, BARTON, DURSTINE & OSBORN, INC. *v.* COMMISSIONER OF INTERNAL REVENUE.   C. A. 2d Cir. Certiorari denied.   *Arthur M. Boal* for petitioner.   *Solicitor General Perlman, Assistant Attorney General Caudle, Ellis N. Slack* and *Harry Marselli* for respondent.

No. 87.   HOAGLAND *v.* BASS.   C. A. 5th Cir.   Certiorari denied.   *Wiley Johnson* for petitioner.   *Roland Boyd* for respondent.

No. 88.   BAILEY *v.* BASS.   C. A. 5th Cir.   Certiorari denied.   *Wiley Johnson* for petitioner.   *Roland Boyd* for respondent.

No. 90.   ZARICHNY *v.* STATE BOARD OF AGRICULTURE ET AL.   Supreme Court of Michigan.   Certiorari denied. *G. Leslie Field* for petitioner.   *Stephen J. Roth,* Attorney General of Michigan, *Edmund E. Shepherd,* Solicitor General, and *Clayton F. Jennings* for respondents.

No. 94.   JACKSON *v.* COMMISSIONER OF INTERNAL REVENUE; and
No. 95.   HARRIS TRUST & SAVINGS BANK, EXECUTOR, *v.* COMMISSIONER OF INTERNAL REVENUE.   C. A. 7th Cir. Certiorari denied.   *Carroll J. Lord, Leland K. Neeves* and